Exhibit of Evidence 3/12/2023

**Name and Prisoner/Booking Number:** Alfred Erik Caraffa, ADC#350727

**Place of Confinement:** ASPC-Tucson Rincon Unit

**Mailing Address:** PO Box 24403

**City, State, Zip Code:** Tucson, AZ 85734

(Failure to notify the Court of your change of address may result in dismissal of this action.)

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

APR 13 2023

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

18 USCS Pt. 1 ch. 10
Biological Weapons Applies
Section 175(a)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Ex parte

**(Full Name of Plaintiff)** Alfred E. Caraffa, ADC#350727

Plaintiff,

v.

**(Full Name of Defendant)**
(1) David Shinn et al.,
(2) United States of
(3) Attorney General,
(4) President Biden,

Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:12-cv-00607-PHX-ROS
(To be supplied by the Clerk)
CV-23-175-TUC-JGZ(PSOT)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

Jury trial Demanded

Original Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☒ Other: Under 2:23-cv-00247-PHX-MTL (ESW)
   Sect 18 USCS§177

2. Institution/city where violation occurred: Phoenix, Arizona

19 total pgs -
17 pgs of exhibits

Revised 3/11/16                    1                                **550/555**

# Plaintiff(s)

(2) Donna P. Buccialia-Simons
(3) John Doe #1 to 435,000,000 million

## B. Defendants

(5) the state of Arizona in official Capacity.

(6) the Attorney General's office of the United States of America in official Capacity.

(7) the Solicitor's General's office of the United States of America in official Capacity.

(8) Maricopa County Sheriff's office in official Capacity

1(a) of 3 of 19

## A. Jurisdiction

☒ other - official and Individual Capacities / violation of 42 USCS Section(s) <u>1997a</u> and <u>1986</u> and <u>1985</u>

## B. Defendants

9) the County of Maricopa State of Arizona IN official Capacity.

10) the Makers of the Covid-19 Vaccines IN official and Individual Capacities - under AN government Contract with the United States of America.

11) The 11th Defendant is Ronee F. Korbin-Stiener in official and Individual Capacity. the 11th Defendant is employed As A Judge in Maricopa County Superior Court unconstitutionally

1(b) of 3 of 19

## B. DEFENDANTS

1. Name of first Defendant: **David Shinn et al** The first Defendant is employed as: **Director of ADCRR** (Position and Title) at **State government** (Institution).

2. Name of second Defendant: **U.S.A.** The second Defendant is employed as: **United States of America** (Position and Title) at **Federal government** (Institution).

3. Name of third Defendant: **Attorney General Katie Hobbs** The third Defendant is employed as: **AG of Arizona** (Position and Title) at **State government** (Institution).

4. Name of fourth Defendant: **President Biden** The fourth Defendant is employed as: **President of U.S.A.** (Position and Title) at **Federal employee** (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? **75**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **Caraffa et al.** v. **Shinn et al.**
      2. Court and case number: **4:23-cv-00057-TUC-JGZ**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Dismissed by Court - Constitutional Error**

   b. Second prior lawsuit:
      1. Parties: **Caraffa et al.** v. **Shinn et al.**
      2. Court and case number: **4:23-cv-00058-TUC-JGZ-(PSOT)**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Unconstitutional Dismissed by the Court**

   c. Third prior lawsuit:
      1. Parties: **Alfred E. Caraffa** v. **Warden of ASPC-Tuc**
      2. Court and case number: **2:23-cv-00094-PHX-MTL-(ESW)**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **Pending Reply from Attorney General**

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: 14th Amendment of the United States Constitution.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Deprived Liberty

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Due to NO Elections held in the County of Maricopa In NOV. 2020, Ronee Korbin-Steiner was not Constitutionally Elected to office (Public) per the Arizona Constitution ARS Art (6) Six Sections Twelve and twenty-eight.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Deprived Liberty by an Unconstitutionally Not Elected Judge of Maricopa County.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I?  ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Not an issue at this facility.

3

# COUNT II

1. State the constitutional or other federal civil right that was violated: __14th Amendment__ __U.S. Constitution.__

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: __Equal protection__

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Due to Ronee Korbin-Steiner not being elected to public office of the Superior Court of Maricopa County this Petitioner was Deprived the constitutional Rights to A fair and constitutional criminal trial and Grand Jury hearing. Defendant LAfavor was Not elected to office either.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Deprived Equal Protection of Constitutional Laws

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __A Federal Court Issue__

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: __14th Amendment U.S. Constitution.__

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: __ARS Const. Art 6 Section 28__

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Since there was no Election in 2020 2021 or 2022 for Arizona Superior and Supreme Court Justices and Judges the Arizona Constitutional Law is in conflict with the federal constitutional Law.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Conflicting Constitutional Laws in federal and State Constitutions.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?  ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __A Constitutional Question__

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

# Count Four

1) Constitutional Right Violated - 14th Amendment U.S. Constitution.

2) Count Four - Deprived property.

3) Supporting Facts - Since Feb. 2nd 2023, this habeas petitioner has been waiting for Indigent Legal Supplies to be provided by Defendant/Respondent Arizona Dept. of Corrections in Official Capacity. It took 13 days (over) to get the Approved Legal Supplies. (to give the Legal Supplies)

4) Injury - Deprived Approved Legal Supplies (property)

5) (a) yes (b) yes (c) yes

pg. 7 of 8 of 19

# Count Five

1) Constitutional Right Violated: First Amendment U.S. Constitution.

2) <u>Count 5 -</u> Petition clause.

3) <u>Supporting Facts =</u> During two writs of habeas corpus in the U.S. District Court of Arizona and in the U.S. Supreme Court under different habeas/civil case Numbers Defendants/Respondents Arizona Dept. of Corrections and the State of Arizona Are Actively Interferring with the preparing and Filing of Court documents.

4) <u>Injury -</u> Violation to the First Amendment Rights of Alfred E. Caraffa.

pg. 8 of 8 of 19

5) (a) yes (b) yes (c) yes

## Count Six 

1) Constitutional violation - Eighth Amendment U.S. Constitution.

2) Count Six - cruel and unusual punishment.

(3) <u>Supporting facts</u> - In official capacity the Solicitor General office of the United States of America has known of the unconstitutional conviction and kidnapping of Alfred Erik Caraffa ADC#350727 since Aug. 2021 and failed to uphold the Federal Laws and U.S. Constitution leaving Alfred E. Caraffa in unconstitutional custody of the Arizona Dept. of Corrections.

pg. 9 of 8 of 19.

(4) <u>Injury</u> - Failure to uphold the U.S. Constitutional Laws.

(5) (a) yes (b) NO (c) NO (D) IS AN Federal Court issue.

## Count Seven

(1) Constitutional Right violated - Fifth Amendment U.S. Constitution

(2) Count Seven - Due process

(3) <u>Supporting facts</u> - Defendants two, three, Five, Six and Seven as well as the Arizona Dept. of Corrections have Failed to respond Resonablely to A petition for habeas Corpus, And Deprived Constitutional Rights and civil rights of Alfred Erik Caraffa ADC#350727.

pg. 20 of 8 of 19

(4) <u>Injury</u> - violation(s) of Constitutional and civil Rights of Alfred Erik Caraffa ADC#350727

(5) (a) yes (b) no (c) no

## Count eight

(1) Constitutional Right violated Fifth Amendment U.S. Constitution

(2) Count 8 - Due process

(3) <u>Supporting facts</u> - IN official and Individual Capacities and color of State Law Defendants eight and Nine have violated the Supreme Court of the U.S. OF America IN changing earsing Information in habeas corpus case No <u>20-8007</u>. As well as violated the office of the president of the United States of America.

Pg-<s>11</s> of <u>8</u> of <u>19</u>

(4) <u>Injury</u> violating the U.S. Constitution and Supreme Court of the United States In Rule 45.1 Process - Supreme Court Rules

(5) (a) yes
 (b) No
 (c) No
 (d) Is An Federal Court Issue.

## Count 9

(1) Constitutional Right Violated Fifth Amendment U.S. Constitution

(2) Count 9 - Due process

(3) <u>Supporting Facts</u> - In official Capacity Employees of the United States denied a jury trial and Appeal In civil action 2:<u>19-CV-03492</u>-PHX-MTZ (ESW) Depriving <u>456,000,000</u> million dollars from Alfred E. Caraffa

12 of 8 of 29

and giving Approval to criminal Behavior of Law Enforcement and State Employees of Arizona.

4) Injury - denied Constitutional Rights.

(5) (a) yes (b) no (c) no (d) why?

## Count 10

1) Constitutional Right violated 14th Amendment U.S. Constitution

2) Count Ten - Due process of Law

3) Supporting facts - In official capacity the United States of America has Allowed the Makers of the Covid-19 vaccine to Inflect citizens of this United States of America with the Virus of Covid-19 and Denied Life,

13 of 8 of 19

and property giving effect to Invalid deeds or Spreading An Deadly Virus across the United States of America and Around the World.

(4) Injury – killing/Infecting Americans w/ Covid-19.

(5) (a) yes
(b) No
(c) No
(d) Is An Federal Issue

JUL of 8 of 19

## Count Eleven

1) Constitutional Right Violated 14th Amendment U.S. Constitution

2) Count 11 - Violation of 39 USCS Section 601

3) Supporting Facts - In Feb. 2023 I, Alfred E. Caraffa ADC#350727 wrote/send personal letter correspondence to Donna P. Buccialia-Simons in Bradford, PA which was not sent by the Arizona Dept. of Corrections while in an Indigent mail envelope with the proper address. by employees of Arizona State Prison Complex-Tucson Mail/Property Correctional officers.

4) Injury - Deprivation of personal property to Donna P. Buccialia-Simons.

5) (a) yes (b) No (c) No (d) this state prison has a custom to not adhere to grievances.

pg. 15 of 2 of 19

## Count twelve

(1) Constitutional Right violated - 14th Amendment U.S. Constitution

(2) Count 12 - Deprivation of personal property.

(3) Supporting Facts - Under color of State Law in official and Individual Capacity employees of ASPC-TUCSON Rincon Unit Mail/Property Refused to mail a personal correspondence address in an envelope to Donna P. Buccialia-SIMONS in Bradford, PA. IN an Indigent envelope for NO Funds in my State Account.

(4) Injury - Deprived personal Property of Donna P. Buccialia-SIMONS.

5) ASPC Tucson Complex has a custom to NOT Adhere to the Constitution.

16 of 2 of 29

## E. REQUEST FOR RELIEF

State the relief you are seeking: (1) To uphold the Constitutional Law of ARS Const. Art. 6 Sections 22 and 28 to Elected Public offices. Also $25 million dollars against the State of Arizona for Deprivations of Constitutional Rights.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Feb 13th 2023
DATE

[Signature]
SIGNATURE OF PLAINTIFF

Alfred Erik Caraffa ADC#350,707
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

In Custody
(Signature of attorney, if any)

In Custody
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

29 total

## E. Request for Relief

I seek on Behalf of Donna P. Buccialia-Simons for violations of her Constitutional Rights by the Arizona Dept. of Corrections and the state of Arizona the sum of $9,000.00 dollars. Plus Interest on this Judgment.

I seek Against the (4) four companies of the Makers of the Covid-19 vaccines on Behalf of All Americans who were Infected with RNA Strains of the Covid-19 virus the Sum of 20 Billion Dollars.

I seek the Impeachment of the Unelected and/or unconstitutionally Appointed to Public office of Ronee Korbin-Stiener and Ronee F. Korbin-Stiener.

I seek the Sum of $65,000.00 Dollars for the Deprivation of Legal Supplies on 2/9/23 from the Arizona Dept. of Corrections

19 of 19 pages