# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alfred E Caraffa,<br><br>           Plaintiff,<br><br>v.<br><br>United States of America, et al.,<br><br>           Defendants. | NO. CV-23-00175-TUC-JGZ(PSOT)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed April 28, 2023, the complaint and action are dismissed without prejudice pursuant to 28 U.S.C. § 1915(g).

                                                                Debra D. Lucas
                                                                District Court Executive/Clerk of Court

April 28, 2023

                                                                s/ B. Cortez
                                                    By       Deputy Clerk